FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

February 22, 2023

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
* Delivered Via E-Mail *

District Clerk Freestone County
Janet H. Chapell
P.O. Box 722
Fairfield, TX 75840
* Delivered Via E-Mail *

**Re:** King, Justin Shane
**CCA No.** PD-1003-20
**Trial Court Case No.** 19-036-CR

**COA No.** 10-19-00354-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc: District Attorney Freestone County (Delivered Via E-Mail)
Presiding Judge 77th Judicial District (Delivered Via E-Mail)
Michael Evans (Delivered Via E-Mail)
Clay Dean Thomas (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)